667 A.2d 684

IN THE MATTER OF MARK C. RUSHFIELD,
AN ATTORNEY AT LAW.

December 4, 1995.

**ORDER**

The Disciplinary Review Board having on August 23, 1995, filed with the Court its decision concluding that **MARK C. RUSH-FIELD** of **ROSELAND,** who was admitted to the bar of this State in 1980, should be reprimanded on the basis of a guilty plea to a three-count federal information charging respondent with violating the ERISA-reporting provisions of 29 *U.S.C.* § 1023 and § 1024, misdemeanor offenses under 29 *U.S.C.* § 1131, and respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **MARK C. RUSHFIELD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.